Fill in this information to identify the case:
Debtor name: Motif Diamond Designs, Inc.
United States Bankruptcy Court for the: EASTERN DISTRICT OF MICHIGAN
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Abbott Jewelry Systems, Inc. 3 Corporate Drive, Suite 215 Shelton, CT 06484 | | | | | | $8,135.00 |
| Allison Kaufman Company 7640 Haskell Avenue Van Nuys, CA 91406 | | | | | | $6,039.00 |
| American Express Box 0001 Los Angeles, CA 90096-0001 | | | | | | $80,229.99 |
| Bank of America PO Box 157256 Wilmington, DE 19886-5726 | | | | | | $63,920.99 |
| Barris, Sott, Denn, & Driker, PLLC 333 West Fort Street Suite 1200 Detroit, MI 48226 | (313) 965-9725 | Services | | | | $17,035.00 |
| Bulova Corporation PO Box 36138 Newark, NJ 07188 | 248-229-2188 | | | | | $7,135.00 |
| Candela, Inc. 34 Maple Avenue Pine Brook, NJ 07058 | | | | | | $2,245.00 |
| Citizen Watch Co. PO Box 36138 Newark, NJ 07188 | 800-321-1023 | | | | | $8,519.41 |
| Dialog / HRA Group Holdings, Ltd 2101 Fourth Avenue, Suite 1320 Seattle, WA 98121 | 6046699562 | | | | | $18,167.00 |

| Debtor | Motif Diamond Designs, Inc. | | | Case number (if known) | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Diamondsone<br>16 West 46th Street, 6th Floor<br>New York, NY 10036 | 212-869-7084 | | | | | $5,107.39 |
| ForeverMark<br>300 First Stamford Place<br>Stamford, CT 06902 | | | | $33,020.14 | $24,000.00 | $9,020.14 |
| Frederick Goldman<br>55 Hartz Way<br>Secaucus, NJ 07094 | 877-722-2333 | | | | | $5,000.00 |
| HRA Group<br>2101 Fourth Avenue<br>Suite #1320<br>Seattle, WA 98121 | | | | | | $17,725.00 |
| Krays Diamonds & Jewelry Inc<br>580 5th Ave #1818<br>New York, NY 10036 | 212-575-5729 | | | | | $9,834.85 |
| Luminox Watch Co.<br>27 W 24th St. Ste 7008<br>New York, NY 10010 | | | | | | $3,619.17 |
| M.K. Diamonds & Jewelry<br>606 S. Olive Street Suite 900<br>Los Angeles, CA 90014 | 213-629-0038 | | | | | $8,460.00 |
| Movado Group.<br>15741 Collections Center Drive<br>Chicago, IL 60693 | 248-705-4746 | | | | | $11,521.00 |
| Southland Center, Llc<br>Southland Center Pymt Office<br>SDS-12-2779<br>PO Box 86<br>Minneapolis, MN 55486 | Michael A. Schwartz, Esq.<br><br>mschwartz@zausmer.com<br>248-851-4111 | | Contingent<br>Unliquidated<br>Disputed | | | $548,868.83 |
| Sparkling Jewels USA<br>576 5th Avenue, Suite 1105<br>New York, NY 10036 | | | | | | $3,496.00 |
| Universal Pacific Diamonds<br>12 East 46th Street 4 Floor<br>New York, NY 10017 | 212-813-1110 | | | | | $24,185.37 |